

ORIGINAL

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0632

IN THE MATTER OF:

M.D.F. and C.R.F.,

Youths in Need of Care.

ORDER

Counsel for the appellant father of M.D.F. and C.R.F. filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). The father was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in the father's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant father personally.

DATED this 20 day of September, 2022.

_____
Chief Justice

_____

_(signature)_

_(signature)_

_(signature)_

_(signature)_

_(signature)_

Justices